# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: JOSE ANTONIO LLERAS ROSADO<br>EVELYN ROSADO LUNA | Bkrtcy. No. 09-07132-SEK<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 28, 2009   Meeting Date: Jan 12, 2010   DC Track No. 9

Days from petition date: 137   Meeting Time: 11:00 AM

910 Days before Petition: 3/2/2007   ☐ Chapter 13 Plan Date: Oct 05, 2009 Dkt.# 17   ☐ Amended.

This is debtor(s) ___ Bankruptcy petition.   Plan Base: $21,000.00

This is the ___ Scheduled Meeting   Confirmation Hearing Date: Feb 02, 2010   Time: 8:30 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:   Ck/MO No.   Date   Amount   Total Paid In: $1,400.00

### I. Appearances:   ☐ Telephone   ☐ Video Conference

☒ Debtor Present   ☐ ID & Soc. OK   ☐ Debtor Absent
☒ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were   ☐ Examined   ☒ Not Examined under oath.
Attorney for Debtor(s)   ☐ Present   ☐ Not Present
☒ Substitute attorney: Jose M. Prieto   ☐ Pro-se.

Creditor(s) present: ☐ None.
BPPR - Gutierrez

### II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00   Paid Pre-Petition: $200.00   Outstanding: $2,800.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under   ☐ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☐ 36   ☐ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: February 8, 2010 at 8:00AM.

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Codebtor Evelyn Rosado did not have Social Security card or other acceptable evidence.

/s/ José R. Carrión
Trustee   Presiding Officer   Page 1 of 1   Date: Jan 12, 2010